**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA SMART, ROBERT PAUL SMART, KENNEY BAIRE, and DIANE PALMERI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PROMONTORY FINANCIAL GROUP, LLC,<br><br>　　　　　Defendant. | Case No. 1:15-CV-1361-EGS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**NOW COME** Plaintiffs Sandra Smart, Robert Paul Smart, Kenny Baire, and Diane Palmeri (collectively the "Plaintiffs"), and Defendant Promontory Financial Group, LLC ("Promontory Financial"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate and agree to the dismissal of the above-captioned civil action with prejudice.  The parties shall bear their own costs, attorneys' fees, and other expenses.

　　　　Dated: June 15, 2016.

**FOR PLAINTIFFS**

/John J. Rigby/
John J. Rigby (D.C. Bar No. 255539)
MCINROY & RIGBY, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
Tel: (703) 841-1100
Fax: (703) 841-1161
E-mail: jrigby@mcinroyrigby.com

*Attorney for Plaintiffs Sandra Smart, Robert Paul Smart, Kenny Baire, and Diane Palmeri*

**FOR PROMONTORY FINANCIAL**

/Cathy A. Hinger/
Cathy A. Hinger (D.C. Bar No. 473697)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, NW
Suite 500
Washington, DC 20036
Tel: (202) 857-4489
Fax: (202) 261-0029
E-mail: chinger@wcsr.com

*Attorney for Defendant Promontory Financial Group, LLC*

/Michael A. Caldwell/
Michael A. Caldwell
Charles R. Bridgers
DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
Tel: (404) 979-3171
Fax: (404) 979-3170
E-mail: michaelcaldwell@dcbflegal.com
E-mail: charlesbridgers@dcbflegal.com

*Attorneys for Plaintiffs Sandra Smart, Robert Paul Smart, Kenny Baire, and Diane Palmeri*